Daniel R. Martinez, SBN 125382
LAW OFFICE OF DANIEL R. MARTINEZ
Attorney at Law
167 Lincoln Blvd., Suite 205
Lincoln, CA 95648
Telephone: (916) 645-3330
Facsimile: (916) 645-3933

Attorney for Plaintiff,
PHUONG PHAM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

PHUONG PHAM

        Plaintiff,

vs.

WILSON BAO

        Defendant

Bankruptcy Case No.: 12-33907-C-7

Adversary Proceeding No.: 12-02622-C

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**

## STIPULATION

The parties, having reached a global settlement in the above referenced case, hereby request the court to dismiss this action with prejudice pursuant to the terms of the written settlement agreement executed by all of the parties and their counsel.

Dated: December 22, 2014

_____
DANIEL R. MARTINEZ
Attorney for Plaintiff,
PHUONG PHAM

Dated: December 19, 2014

_____
MICHAEL THOMAS
Attorney for Defendant,
WILSON BAO

1      STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL

RECEIVED
December 22, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005405595

## ORDER

The court, having received the request for voluntary dismissal from the Plaintiff in the above referenced matter, and good cause appearing thereon, the above referenced adversary proceeding is hereby dismissed, each party to bear their own fees and costs, pursuant to the settlement agreement reached among the parties.

**IT IS SO ORDERED**

Dated: December 29, 2014

_____
United States Bankruptcy Judge

## PROOF OF SERVICE

**CASE NAME:** Pham vs. Bao
**CASE NO.:** 12-33907-C-7   Adversary No.: 12-02622-C
**COURT:** US Bankruptcy Court Eastern Division of California

I DECLARE that:

I am employed by a member of the State Bar of California in the County of Placer, California. I am over the age of eighteen years and not a party to the within action. My business address is 167 Lincoln Blvd., Suite 205 Lincoln CA 95648

On, December 22, 2014, I served the following:

### STIPULATION

on the parties below by placing a true copy thereof in a sealed envelope, postage fully prepaid thereon and by placing said envelope in the designated area for delivery or service by:

__X__   **MAIL** - Sent First-Class mail by U.S. Postal Service, Lincoln, California

_____   **FACSIMILE** - Sent by telephone transmission by facsimile at Lincoln, California

_____   **PERSONAL DELIVERY** - Delivered by hand to addressee or agent of addressee.

Addressed as follows:

Michael Thomas, Esq.
2390 Professional Drive
Roseville, CA 95661

I declare under penalty of perjury under the laws of the State of California that the foregoing was executed on December 22, 2014

_____
Beth Joseph